EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Lourdes Cales Santiago | 2017 TSPR 70<br><br>197 DPR ____ |

Número del Caso: TS-10,464

Fecha: 28 de abril de 2017

Comisión de Reputación:

      Lcdo. Guillermo Arbona Lago, Presidente
      Lcda. Joselyn López
      Lcda. Belén Guerrero Calderón
      Lcdo. Héctor Saldaña Egozcue
      Lcda. Waleska Delgado Marrero
      Lcda. Ygrí Rivera de Martínez
        Dr. Robert Stolberg

Oficina de la Procuradora General:

      Lcda. Minnie H. Rodríguez López
      Procuradora General Auxiliar

Abogado del Peticionario:

      Lcdo. Jimmy Soto Ledesma

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Lourdes Cales Santiago                    TS-10464

RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de abril de 2017.

Examinado el *Informe sobre petición de reinstalación* presentado por la Oficina de la Procuradora General, la *Réplica al informe de la Oficina del Procurador General de Puerto Rico* presentado por la Sra. Lourdes Cales Santiago, así como el *Informe y recomendación al Tribunal Supremo* presentado por la Comisión de Reputación para el Ejercicio de la Abogacía, se autoriza la reinstalación de la señora Cales Santiago al ejercicio de la abogacía, una vez acredite que completó un curso de repaso de reválida.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo